711 A.2d 469

**David Anthony ADKINS, as Administrator of the Estate of Susan Kent and Gary Gouge, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 4th day of June, 1998, the petition for allowance of appeal is GRANTED; the order of the Commonwealth Court is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Chester County consistent with this court's opinion in *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (Pa.) and *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (Pa.) (1998).